≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**         Category No. __II__         Investigating Agency __USPIS, ATF__

City __Boston__         Related Case Information:

County __Suffolk__
Superseding Ind./ Inf. _____         Case No. __20cr10003__
Same Defendant _____         New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Dominick Bailey__         Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Vershire, VT__

Birth date (Yr only): __1965__   SSN (last4#): __7964__   Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __James Arnold and Philip Cheng__         Bar Number if applicable _____

Interpreter:   ☐ Yes  ☑ No         List language and/or dialect: _____

Victims:   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☐ Yes  ☑ No

☑ Warrant Requested         ☐ Regular Process         ☑ In Custody

**Location Status:**

**Arrest Date** __11/14/2019__

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at __Suffolk Sheriff Dept__   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   1/8/2020         Signature of AUSA: _/s/ Philip Cheng_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Dominick Bailey

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of firearms and ammunition | 1 |
| Set 2 | 18 U.S.C. § 924(d) | Firearm forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**     U.S. District Court - District of Massachusetts

**Place of Offense:**    Category No. **II**    Investigating Agency **USPIS, ATF**

City: Boston
County: Suffolk

Related Case Information:
- Superseding Ind./ Inf.:    Case No. 20CR10003
- Same Defendant:    New Defendant: **X**
- Magistrate Judge Case Number:
- Search Warrant Case Number:
- R 20/R 40 from District of:

**Defendant Information:**

Defendant Name: Glenn Lacedra    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name:

Address: (City & State) Revere, MA

Birth date (Yr only): 1961    SSN (last4#): 1266    Sex: M    Race: White    Nationality: USA

Defense Counsel if known:    Address:

Bar Number:

**U.S. Attorney Information:**

AUSA: James Arnold and Philip Cheng    Bar Number if applicable:

Interpreter: ☐ Yes ☒ No    List language and/or dialect:

Victims: ☐ Yes ☒ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: 11/14/2019

☐ Already in Federal Custody as of _____ in _____

☒ Already in State Custody at Suffolk Sheriff Dept    ☐ Serving Sentence    ☒ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☒ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/8/2020    Signature of AUSA: /s/ Philip Cheng

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Glenn Lacedra

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of firearms and ammunition | 1 |
| Set 2 | 18 U.S.C. § 924(d) | Firearm forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____